experience in conducting numerous previous auctions has demonstrated the importance of the anti-collusion rule in preventing and facilitating the detection of collusive conduct.

*Id.* (internal quotation marks omitted). Finding this explanation entirely reasonable, we deny the petition for review.

*So ordered.*

■

**UNITED STATES of America,
Appellee,**

v.

**MICROSOFT CORPORATION,
Appellant.**

**No. 00–5212.**

United States Court of Appeals,
District of Columbia Circuit.

June 13, 2000.

Before: EDWARDS, Chief Judge; SILBERMAN *, WILLIAMS, GINSBURG, SENTELLE, HENDERSON *, RANDOLPH, ROGERS, TATEL and GARLAND *, Circuit Judges.

### *ORDER*

PER CURIAM.

In view of the exceptional importance of these cases and the fact that the number of judges of this court disqualified from participation as a practical possibility precludes any *en banc* rehearing of a panel decision, it is

**ORDERED,** *sua sponte,* by the *en banc* court that these cases and all motions and petitions filed in these cases be heard by

---

the court sitting *en banc.* Parties shall hereafter file an original and nineteen copies of all pleadings and briefs submitted.

■

**State of NEW YORK, et al., Appellees,**

v.

**MICROSOFT CORPORATION,
Appellant.**

**No. 00–5213.**

United States Court of Appeals,
District of Columbia Circuit.

June 13, 2000.

Before: EDWARDS, Chief Judge; SILBERMAN *, WILLIAMS, GINSBURG, SENTELLE, HENDERSON *, RANDOLPH, ROGERS, TATEL and GARLAND *, Circuit Judges.

### *ORDER*

PER CURIAM.

In view of the exceptional importance of these cases and the fact that the number of judges of this court disqualified from participation as a practical possibility precludes any *en banc* rehearing of a panel decision, it is

**ORDERED,** *sua sponte,* by the *en banc* court that these cases and all motions and petitions filed in these cases be heard by the court sitting *en banc.* Parties shall hereafter file an original and nineteen copies of all pleadings and briefs submitted.

---

* Circuit Judges Silberman, Henderson, and Garland took no part in the consideration and issuance of this order, and they will take no part in any future consideration of matters before the court involving these cases.

* Circuit Judges Silberman, Henderson, and Garland took no part in the consideration and issuance of this order, and they will take no part in any future consideration of matters before the court involving these cases.